[No. 12086-7-I.   Division One.   September 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ALBERT TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 82–1–01024–0, Lloyd W. Bever, J., entered July 21, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., Ringold, J., dissenting.